UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-5929-MLG | Date | October 8, 2008 |
|---|---|---|---|
| Title | Justin Ivory v. Michael J. Astrue, etc. | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| T. Steele | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed

The Joint Stipulation of Disputed Issues was directed to be filed in this matter on August 26, 2008. No Joint Stipulation was filed and counsel for Plaintiff has refused to respond to the Court's informal inquiries concerning the status of the case. It is ORDERED that Plaintiff show cause in writing on or before **October 15, 2008**, why this complaint should not be dismissed for failure to prosecute. Fed.R.Civ.P. 41(b). **Plaintiff is further advised that if she fails to respond to this order, the action will be dismissed without further notice.**

_____ : _____
Initials of Clerk    ts