JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JUSTIN IVORY, ) | Case No. CV 07-5929-MLG |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.

DATED: October 21, 2008

_____
MARC L. GOLDMAN
United States Magistrate Judge